UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CARROLLTON PRESBYTERIAN CHURCH | * * * | Case No.: 3:09-cv-00138-RET-SCR |
| Plaintiff, | * * | |
| v. | * * | |
| PRESBYTERY OF SOUTH LOUISIANA | * * * | |
| Defendant. | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## <u>ORDER</u>

After considering the request by Carrollton Presbyterian Church for expedited consideration; the opposition of the Presbytery of South Louisiana; the Presbytery's previous agreement to extend the state court temporary restraining order as expressed in its Notice of Removal and further considering the previous Joint Stipulation to Extend Temporary Restraining Order filed by the parties to this matter by which the temporary restraining order entered by the state district court on February 13, 2009 was extended through April 13, 2009 by this Court's order of March 20, 2009;

IT IS ORDERED that the temporary restraining order is, by consent of Defendant pursuant to FRCP 65, hereby extended through the time of 11:59 p.m. on the tenth calendar day after the date on which the decision on Plaintiff's Motion to Remand is entered by this court.

~~IT IS FURTHER ORDERED that the motion of Carrollton Presbyterian Church for expedited consideration of its Motion to Remand is DENIED;~~

IT IS FURTHER ORDERED that the consent and stipulation of the parties to the entry of that part of this order extending the temporary restraining order is without waiver of any party's rights, defenses or remedies, either legal or equitable.

IT IS FURTHER ORDERED that Defendant's consent to the entry of that part of this order extending the temporary restraining order shall not prejudice Defendant's position on the merits or as to any issues in this case and that Plaintiff shall not assert as much in this or any other proceedings.

Baton Rouge, Louisiana this 9th day of April, 2009

_____
District Judge